UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
FILED

MAY 19 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) No. |
| vs. | ) ) |
| TOMMIE ANDERSON, | ) 4:21CR00317 RLW/NAB ) |
| Defendant. | ) ) |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about April 1, 2021, in St. Louis County within the Eastern District of Missouri,

**TOMMIE ANDERSON,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
C. RYAN FINLEN, #6305918IL
Assistant United States Attorney